DOA
03-24-26

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 26 - 9097 mJ |
| Plaintiff, | **CRIMINAL COMPLAINT** |
| v. | |
| **LE'ANDRAY STEVEN THOMPSON,** | Case Number: 26-MJ-11-R |
| Defendant. | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

From on or about June 8, 2023, through June 9, 2023, in the District of Wyoming, the Defendant, **LE'ANDRAY STEVEN THOMPSON**, did knowingly execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets and other property owned by, and under the custody and control of, Wells Fargo Bank, a financial institution as defined by 18 U.S.C. § 20, by means of false and fraudulent pretenses, representations, and promises.

In violation of 18 U.S.C. § 1344.

I further state that I am a Postal Inspector with the U.S. Postal Inspection Service and that this complaint is based on the following facts: *(See attached Sworn Statement)*

Continued on the attached sheet and made a part hereof.

Signature of Complainant
ANDREW L. GOTTFRIED

Sworn to before me and subscribed via telephone,

03-20-2026  at 3:05 p.m.  at  Cheyenne, Wyoming
_____  _____
Date  City and State

HON. SCOTT P. KLOSTERMAN
United States Chief Magistrate Judge
Name & Title of Judicial Officer  Signature of Judicial Officer

## SWORN STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT
### U.S. v. LE'ANDRAY STEVEN THOMPSON

1.    I, Andrew L. Gottfried, am a United States Postal Inspector with the United States Postal Inspection Service (USPIS) and have been since July 2022. I am currently assigned to the Detroit Division, Fort Wayne, Indiana field office, and I am responsible for investigating various mail-related crimes including mail theft, mail fraud, and wire fraud. Prior to my employment with the USPIS, I was a Special Agent with the U.S. Postal Service, Office of Inspector General (USPS OIG), Chicago, Illinois field office for approximately six years. Prior to my employment with the USPS OIG, I was a United States Postal Inspector with the USPIS, Detroit Division, for thirteen years.

2.    During my law enforcement career, I have received education and training in a variety of investigative and legal matters, including the execution of search warrants. Furthermore, I have used investigative techniques that include, but are not limited to, grand jury subpoenas, witness interviews, physical surveillance, and the execution of search warrants. Moreover, I have participated in the execution of numerous search warrants for documents and other evidence.

3.    As a United States Postal Inspector, I am authorized to investigate violations of the laws of the United States and to execute warrants under the authority of the United States. I am also an "investigative or law enforcement officer" of the United States, that is, an officer of the United States who is empowered by the law to conduct investigations of and to make arrests for the offenses enumerated in Title 18 and Title 21 of the United States Code.

4.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, police reports, bank documents, and

1

civilian witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

5.     I submit there is probable cause to believe that Le'Andray Steven Thompson (THOMPSON) has committed Bank Fraud in violation of 18 U.S.C. § 1344. As outlined below, my investigation reveals that on June 8, 2023, THOMPSON endorsed and passed a stolen check in the amount of $540,000 at Wells Fargo Bank in Casper, WY. On June 9, 2023, THOMPSON subsequently transferred $538,000 to his personal Wells Fargo account that he opened two weeks prior in Arizona, where he resided. Wells Fargo subsequently became aware of the fraud and was able to retrieve some of the stolen funds.

### PROBABLE CAUSE

6.     My investigation revealed that on May 22, 2023, the City Controller of Fort Wayne, Indiana mailed a check in the amount of $540,000 made payable to "Habitat for Humanity of Greater Fort Wayne" to its Fort Wayne, Indiana address, hereinafter, **"The Stolen Check."** On June 15, 2023, the Chief Financial Officer (CFO) for Habitat for Humanity of Greater Fort Wayne reported to the Fort Wayne Police Department (FWPD) that this check had been stolen after the CFO had received information from Wells Fargo that the check it was expecting in the mail had been deposited and the funds were on hold. The CFO later reported the same theft to me when I began my investigation adding Habitat for Humanity of Greater Fort Wayne does not have a banking relationship with Wells Fargo. A review of another FWPD police report revealed that the mail receptacle for Habitat for Humanity of Greater Fort Wayne had been broken into late in the evening on Saturday, May 27, 2023, by unidentified persons.

7.     I know that Wells Fargo Bank is insured by the Federal Deposit Insurance Corporation and is therefore a financial institution as defined by 18 U.S.C. § 20.

2

8.    I obtained and reviewed Wells Fargo records that revealed on June 8, 2023, LEANDRAY THOMPSON appeared at a Wells Fargo Bank in Casper, Wyoming and opened a Navigate Business Checking Account (number ending 1709) in the name of Habitat for Humanity of Greater Fort Wayne **Inc.**, hereinafter, **"The Subject Account."** Records for **The Subject Account** revealed the following:

  a)  The sole owner of **The Subject Account** was Le'Andray Thompson (year of birth 1993) who was listed as the "key executive with control of the entity;"

  b)  At account opening, THOMPSON provided Articles of Incorporation for "Habitat for Humanity of Greater Fort Wayne **Inc.**" that purported to have a business address in Colorado Springs, CO. The Articles of Incorporation were dated the same day (June 8, 2023).

  c)  On June 8, 2023, **The Stolen Check** was deposited into **The Subject Account** and endorsed by THOMPSON.

  d)  As proof of identification, THOMPSON provided an Indiana driver's license and a Phoenix, Arizona residence.

9.    I caused a search through Indiana driving records for the name and number of the Indiana driver's license provided by THOMPSON to Wells Fargo. This search returned no results, which indicates the Indiana driver's license is fraudulent. However, I obtained a copy of an Arizona Driver's license in the name of Le'Andray Steven THOMPSON with the same date of birth as that listed for LEANDRAY THOMPSON in account opening documents for **The Subject Account**. I compared THOMPSON's Arizona driver's license photo with the Wells Fargo bank surveillance video of the person who opened **The Subject Account** on June 8, 2023 and confirmed that they were the same person.

10.     My further review of bank records for **The Subject Account** revealed that on June 9, 2023, an online transfer of $538,000.00 was made from **The Subject Account** to a Wells Fargo Everyday checking account number ending 7424.  I obtained bank records for this Wells Fargo checking account number ending 7424 and learned it was opened on May 24, 2023, by THOMPSON at a branch in Glendale, AZ. THOMPSON provided his Arizona driver's license as proof of identification and listed his current employer as "KFC."

11.     I learned that Wells Fargo subsequently learned of THOMPSON's fraud and was able to recover some of the fraudulently obtained funds. Wells Fargo suffered a loss of approximately $160,000.

**END OF SWORN STATEMENT**

4

**FILED**



4:26 pm, 3/20/26

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LE'ANDRAY STEVEN THOMPSON,<br><br>Defendant. | **WARRANT FOR ARREST**<br><br>Case Number: $26\text{-}MJ\text{-}11\text{-}R$ |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Le'Andray Steven Thompson** and bring him forthwith to the nearest district court judge or magistrate to answer a Complaint charging him with Bank Fraud in violation of 18 U.S.C. § 1344.

SCOTT P. KLOSTERMAN
_____
Name of Issuing Officer

*Scott P. Klosterman*
_____
Signature of Issuing Officer

United States Chief Magistrate Judge
_____
Title of Issuing Officer

March 20, 2026, Cheyenne, Wyoming
_____
Date and Location

By Deputy Clerk
_____

Bail fixed at $ __Detain__

By: *Scott P. Klosterman*

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____. | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,

v.

LE'ANDRAY STEVEN THOMPSON,

Defendant.

Criminal No. _26-MJ-11-R_

---

### ORDER GRANTING MOTION TO SEAL COMPLAINT

---

The United States has filed a motion to seal the Complaint pursuant to Federal Rule of Criminal Procedure 6(e)(4). The motion is hereby GRANTED.

Pursuant to Rule 6(e)(4), the Court hereby ORDERS and directs the clerk's office to seal the Complaint until the Defendant is in custody or has been released pending trial. Under the Rule, no person may disclose the Complaint's existence except as necessary to issue or execute a warrant or summons. To effect this prohibition, the Court further ORDERS and directs the clerk's office to seal the entire case until it unseals the Complaint. Among other things, this should prevent outside users from accessing case-related information or materials via CM/ECF. If the Defendant makes his initial appearance in another district, the clerk's office in that district may unseal the Complaint and case consistent with this Order.

SO ORDERED this 20th day of March, 2026.

SCOTT P. KLOSTERMAN
United States Chief Magistrate Judge

Margaret M. Vierbuchen
Wyoming State Bar No. 8-6767
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
margaret.vierbuchen3@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 MAR 20  PM 3: 09

MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 26-MJ-11-R |
| LE'ANDRAY STEVEN THOMPSON, | |
| Defendant. | |

## MOTION TO SEAL COMPLAINT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the United States moves for an order sealing the Complaint until such time as the Defendant is in custody or has been released pending trial.

DATED this 20th day of March, 2026

DARIN D. SMITH
United States Attorney

By: _____
MARGARET M. VIERBUCHEN
Assistant United States Attorney

Margaret M. Vierbuchen
Wyoming State Bar No. 8-6767
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
margaret.vierbuchen3@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 MAR 20  PH 3: 09

MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 26-MJ-11-R |
| LE'ANDRAY STEVEN THOMPSON, | |
| Defendant. | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.      Eligibility of Case.  This case is eligible for a detention order because the case involves the following:

**Defendant has no ties to the state of Wyoming and is a flight risk.**

2.      Reason for Detention.  The court should detain the Defendant because there are no conditions of release which will reasonably assure:

**Defendant's appearance as required.**

3.    Rebuttable Presumption.    The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4.    Time for Detention Hearing.    The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 20th day of March, 2026.

DARIN D. SMITH
United States Attorney

By:    MARGARET M. VIERBUCHEN
Assistant United States Attorney